**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-2931-mj-LOUIS**

**UNITED STATES OF AMERICA**

vs.

**DANILO CHAVEZ LOZANO,**

    **Defendant.**
_____/

**EMERGENCY MOTION FOR STAY OF ORDER SETTING PRETRIAL CONDITIONS OF RELEASE**

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and hereby moves this Court to stay its order setting pre-trial conditions of release for defendant and as grounds states as follows:

**I.     Procedural History and Statement of Facts**

On May 31, 2019, a complaint was filed in Southern District of Florida alleging that the defendant DANILO CHAVEZ LOZANO (the "defendant") had served as an unlicensed money remitter, in violation of 18 U.S.C. §1960. The defendant was apprehended in the Southern District of Florida.

On June 5, 2019, after conducting a pre-trial detention hearing, this Court denied the government's request for pretrial detention based on serious risk of flight and serious risk that the person will obstruct justice, and set the following bonds and conditions: a $100,000 10% bond and a $150,000 personal surety bond co-signed by the defendant's wife, who owns the family home both without equity, and a friend of the family's, who owns a home with $200,000 in equity.

## II.     Standard of Review

Title 18, United States Code, Sections 3141 through 3156 govern the release and detention of a defendant pending judicial proceedings. These statutes require a judicial officer to determine whether the defendant should be released or detained prior to trial. *See* 18 U.S.C. 3142(a). In making this decision, the Court must factually decide whether there are conditions of release that will reasonably assure the appearance of the defendant and protect the safety of any other person or the community. *Id.*; § 3142(b). Factors relevant to this inquiry include: (1) the nature and circumstances of the offense(s) charged; (2) the weight of evidence; (3) the history and characteristics of the defendant; and (4) the nature and seriousness of the danger posed by the defendant's release. *Id.*; § 3142(g). The government's position regarding these factors is more fully set forth at DE 8.

Where a federal magistrate judge conducts a detention hearing and orders pre-trial release, the government may seek prompt review by the district court. 18 U.S.C. § 3145(a)(1). This review is *de novo*. *United States v. Medina*, 775 F.2d 1398, 1402 (11th Cir. 1985). If the factual issues all are resolved, the Court may simply base its decision upon a careful review of the pleadings and the evidence developed at the detention hearing. *United States v. King*, 849 F.2d 485, 491 (11th Cir. 1988). However, if the Court, after reviewing the government's motion, determines that additional evidence would be helpful or that factual issues remain unresolved, the Court may conduct an evidentiary hearing for these purposes. *Id.* The statutes make clear that a Magistrate Judge's release or detention order is subject to review by "the court having original jurisdiction over the offense." 18 U.S.C. §3145.

"A finding of either danger to the community or risk of flight will be sufficient to detain the defendant pending trial." *King*, 849 F.2d at 488. The government need only prove by a

preponderance of the evidence that the defendant poses a flight risk if released, *Medina*, 775 F.2d at 1402-3, and prove by clear and convincing evidence that the defendant's release poses a danger to the community. § 3142(f). If, based on the evidence presented, the Court finds that no conditions will reasonably assure the defendant's presence and the community's safety, then the Court must order detention.

## II.     The Magistrate Judge's Decision

As described above, the Magistrate Judge found that conditions could be imposed to reasonably assure the Court of the defendant's appearance. The government respectfully disagrees. The government submits that the serious risk of flight and serious risk that the defendant will obstruct justice cannot adequately be addressed by the conditions set forth by the Court. Thus, the government submits that nothing short of detention would reasonably assure the defendant's appearance in Court.

WHEREFORE, the government respectfully requests that the Court stay its order setting pre-trial conditions of release at least until the order can be revisited by a district judge in the Southern District of New York, the district in which the complaint was filed. Prosecutors from the Southern District of New York have represented to the undersigned that they wish to pursue a

review of the decision to grant a bond in this case pursuant to 18 U.S.C. § 2145, which provides that an attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release.

                                        Respectfully submitted,

                                        ARIANA FAJARDO ORSHAN
                                        UNITED STATES ATTORNEY

By:    */s/Adam S. Fels*
        ADAM S. FELS
        Assistant United States Attorney
        Court ID No. A5501040

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, the foregoing document was filed with the Court via CM/ECF.

                                        /s/ Adam S. Fels
                                        Adam S. Fels
                                        Assistant United States Attorney